## PENN MUTUAL LIFE INS CO v REED et

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 17, 1934

Charles Weintraub, Canton, and Russell J. Mack, Canton, for appellants.
A. W. Bordner, Canton, and Albert H. Snively, Canton, for appellee.

For full opinion see 3 OO 335; 49 Oh Ap 463.

## BROWN v BALTIMORE & OHIO RD CO et

Ohio Appeals, 1st Dist, Butler Co

Decided May 22, 1934

Walter S. Harlan, Hamilton, for plaintiff in error.
Shotts & Millikin, Hamilton, Waite, Schindel & Bayless, Cincinnati, Herbert Shaffer, Cincinnati, and Philip J. Schneider, Cincinnati, for defendant in error B. & O. Rd. Co.
John W. Congdon, Hamilton, and M. O. Burns, Hamilton, for defendant in error Village of Trenton.

For full opinion see 3 OO 332; 49 Oh Ap 456.